[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-13420
Non-Argument Calendar

_____

D.C. Docket No. 1:19-cr-00007-JRH-BKE-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DOMONTEZ JOHNSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(July 24, 2020)

Before JORDAN, GRANT,  and LUCK, Circuit Judges.

PER CURIAM:

C. Troy Clark, appointed counsel for Domontez Johnson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Johnson's conviction and sentence are **AFFIRMED**.